LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E4
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CECILIA BARRA, PATRICIA ARIAS, UBAKVKA ROLEVSKA, and MAYRA ONOFRE,<br><br>Plaintiffs,<br><br>v<br><br>CITY LIFE USA, INC., CORPORATE, LLC, HIGUCHI DEVELOPER, INC., ALIZA ELAZAR HIGUCHI, AND NITA LABOUZ,<br><br>Defendants. | Case No. 2:14-cv-01101-RFB-GWF<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

The parties, through their respective counsel, hereby stipulate to a dismissal of all claims in this action with prejudice, with the Court retaining jurisdiction to enforce the terms of the parties' settlement.

Under the terms of this stipulation, each party is to bear their own costs and attorneys' fees.

///

///

///

Dated: December 29, 2014
Respectfully submitted,

Dated: December 29, 2014
Respectfully submitted,

/s/ Leon Greenberg
LEON GREENBERG, ESQ.
DANA SNIEGOCKI, ESQ.
LEON GREENBERG PROF. CORP.
Attorneys for Plaintiff

/s/ Jacquelyn S. Leleu
JACQUELYN S. LELEU, ESQ.
McDONALD CARANO WILSON LLP
Attorney for Defendants

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 10 day of January, 2015

2.